

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South,
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

STEVEN W. MYHRE
Acting United States Attorney
District of Nevada
CRISTINA SILVA
Assistant United States Attorney
Nevada Bar No. 13760
501 Las Vegas Blvd., Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Fax: (702) 388-5087
cristina.silva@usdoj.gov
Attorney for the United States of America

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ASHOK KUMAR SEHDEV and<br>JOSE LUIS MONTOYA,<br><br>Defendants. | 2:17-mj-683-CWH<br><br>**MOTION TO SEAL** |

COMES NOW the United States of America, by and through STEVEN W. MYHRE, Acting United States Attorney, and CRISTINA D. SILVA, Assistant United States Attorney, and respectfully moves this Honorable Court for an Order sealing the Complaint in the above captioned matter.

The Government submits that it is necessary for said documents to be sealed in light of the fact that they make reference to information regarding an on-going investigation.

///

The Government submits that disclosure of the information might possibly jeopardize the investigation. The Government submits that its right to secrecy far outweighs the public's right to know.

DATED: June 30, 2017

Respectfully submitted,

STEVEN W. MYHRE
Acting United States Attorney

_____
CRISTINA D. SILVA
Assistant United States Attorney

```
                                                    FILED
                                                2017 JUN 30 PM 2:01
                                                U.S. MAGISTRATE JUDGE
                                                BY_____
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-mj-683-CWH |
| Plaintiff | **ORDER TO SEAL** |
| v. | |
| **ASHOK KUMAR SEHDEV** and **JOSE LUIS MONTOYA,** | |
| Defendants. | |

Based on Government's Motion to Seal the Complaint in the above-captioned matter and good cause appearing, therefore

IT IS SO ORDERED that the Complaint be sealed.

DATED this 30th day of June, 2017.

_____
United States Magistrate Judge