# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | ) Case No. 2:17-mj-00683-CWH<br>) |
| vs. | ) **ORDER**<br>) |
| JOSE LUIS MONTOYA, | )<br>) |
| Defendant. | ) |

This matter is before the court regarding a document titled "Consent Order Granting Substitution of Attorney" that was hand-delivered to the court. It appears that Defendant Jose Luis Montoya seeks to replace his court-appointed counsel, Mr. Christopher R. Oram, with Mr. Thomas D. Boley. The document does not specify whether Mr. Boley is retained counsel or whether he seeks to replace Mr. Oram in his capacity as court-appointed counsel. The document was not filed in CM/ECF, the court's electronic filing system.

Counsel is advised that all case-related documents must be filed in CM/ECF in accordance with Part IC of the court's local rules regarding electronic case filing. The court will not take any further action with respect to this document until it is filed in CM/ECF. Counsel is further advised that if this document is re-filed, it should specify in which capacity Mr. Boley seeks to appear.

IT IS SO ORDERED.

DATED: August 10, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**