# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
)
    Plaintiff, ) Case No. 2:17-mj-00683-CWH
)
vs. ) **ORDER**
)
JOSE LUIS MONTOYA, )
)
    Defendant. )
_____)

    Presently before the court is Defendant Jose Luis Montoya's Substitution of Attorneys (ECF No. 25), filed on August 14, 2017. Defendant seeks to substitute Thomas D. Boley as his attorney in place of Joshua U. AlDabbagh. Although a review of the docket indicates that Mr. AlDabbagh has filed documents in this case and therefore is listed as an attorney on the docket sheet, he has never been granted leave of court to appear on behalf of Defendant in place of Defendant's current CJA counsel, Christopher R. Oram. The court therefore will deny this motion.

    Also before the court is Defendant's Consent Order Granting Substitution of Attorney (ECF No. 26), filed on August 14, 2017. The court construes this document as an appearance of retained counsel. The court will allow Thomas D. Boley to appear as retained counsel in place of CJA counsel Christopher R. Oram. Mr. Oram is relieved as counsel in this matter.

    IT IS THEREFORE ORDERED that Defendant Jose Luis Montoya's Substitution of Attorneys (ECF No. 25) is DENIED.

    IT IS FURTHER ORDERED that Defendant Jose Luis Montoya's Defendant's Consent Order Granting Substitution of Attorney (ECF No. 26) is GRANTED.

    IT IS FURTHER ORDERED that Mr. Oram is relived as counsel and must forward his file to Mr. Boley.

    DATED: August 16, 2017

                                                            _____
                                                            **C.W. Hoffman, Jr.**
                                                             **United States Magistrate Judge**