DAYLE ELIESON
United States Attorney
District of Nevada
ALEXANDRA MICHAEL
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336 / Fax: (702) 388-5087
Alexandra.M.Michael@usdoj.gov

Counsel for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:17-mj-00683-CWH |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE |
| vs. | ) | PRELIMINARY HEARING |
| | ) | (*Sixth Request*) |
| SEHDEV et al, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION TO CONTINUE PRELIMINARY HEARING

IT IS HEREBY STIPULATED AND AGREED, by and between STEVEN W. MYHRE, Acting United States Attorney, and Alexandra Michael., Assistant United States Attorney, counsel for the United States of America, Thomas David Boley, Esq., counsel for Defendant JOSE LUIS MONTOYA and Brian Smith, Esq., counsel for Defendant ASHOK KUMAR SEHDEV, that the preliminary hearing for the above-captioned matter, currently scheduled for June 15, 2018, at the hour of 4:00 p.m., be vacated and continued to a date and time convenient for this Court, but in no event earlier than thirty (30) days.

This stipulation is entered for the following reasons:

1. Tom Boley, Esq., counsel for Defendant JOSE LUIS MONTOYA needs additional time review discovery and prepare for the preliminary hearing.

2. Brian Smith, Esq., counsel for Defendant ASHOK KUMAR SEHDEV and the government submitted a fully executed plea agreement and related documents to the Clerk's office on June 12, 2018, but are still awaiting a date and time for a change of plea hearing.

3. Both Defendants are in custody and they do not object to the continuance.

4. The parties all agree to the continuance.

5. Denial of this request for continuance of the preliminary hearing would potentially prejudice both the Defendant and the Government and unnecessarily consume this Court's valuable resources, taking into account the exercise of due diligence.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

7. The additional time requested by this stipulation is excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(b) and 3161(h)(8)(A), considering the factors under 18 U.S.C. § 3161(h)(8)(B)(i) and (iv).

8. This is the sixth request for a continuance of the preliminary hearing herein.

DATED: June 14, 2018.

/s/
ALEXANDRA MICHAEL
Assistant United States Attorney
Counsel for the United States

/s/
THOMAS DAVID BOLEY
Counsel for Defendant JOSE LUIS MONTOYA

/s/
BRIAN SMITH
Counsel for Defendant ASHOK KUMAR SEHDEV

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:17-mj-00683-CWH |
| | ) | |
| Plaintiff, | ) | **ORDER CONTINUING** |
| | ) | **PRELIMINARY HEARING** |
| vs. | ) | |
| | ) | |
| SEHDEV et al, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### **ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, **IT IS HEREBY ORDERED**, that the preliminary hearing in the above-captioned matter, currently scheduled for June 15, 2018, at the hour of 4:00 p.m., be vacated and continued to August 6, 2018, 2018 at the hour of 4:00 p.m.

_____
UNITED STATES MAGISTRATE JUDGE